1  FORREST BOOTH (State Bar No. 74166)
   RYAN C. DONLON (State Bar No. 229292)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:   (415) 956-0439
5  E-mail:      fb@severson.com
               rcd@severson.com
6
   Attorneys for Plaintiff GLENN FAGERLIN
7  and the S/V PERCEPTION

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Complaint of GLENN       IN ADMIRALTY
   FAGERLIN, an individual, as owner of the
12 Sailing Vessel PERCEPTION, a 45-Foot          Case No.:  C:08-5225 SI
   Wauquiez/Kronos Catamaran, for Exoneration
13 from or Limitation of Liability               **STIPULATED EX PARTE
                                                 APPLICATION & [PROPOSED]
14                                               ORDER FOR EXTENSION OF NON-
                                                 EXPERT DISCOVERY CUTOFF**
15
                                                 Action Filed: November 19, 2008
16                                               Trial Date: June 14, 2010

17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

---

15300/0001/774144.1                          STIPULATION RE: DISCOVERY CUTOFF
                                                  Case No.:  C:08-5225 SI

WHEREAS, this is an action in admiralty by a vessel owner, Glenn Fagerlin ("Fagerlin") for exoneration from or limitation of liability for a collision between two boats, Fagerlin's S/V PERCEPTION and M/V TOUCH OF GREY, owned by James Cox ("Cox") and insured by St. Paul Travelers ("St. Paul");

WHEREAS, on or about June 17, 2009, the court entered the pre-trial order setting the following pre-trial dates:

1.    NON-EXPERT DISCOVERY CUTOFF:  December 4, 2009;

2.    DESIGNATION OF EXPERTS: January 22, 2010; REBUTTAL: February 5, 2010;

3.    EXPERT DISCOVERY CUTOFF:  February 26, 2010;

4.    DISPOSITIVE MOTIONS CUTOFF:  March 19, 2010;

5.    PRE-TRIAL CONFERENCE DATE:  June 1, 2010;

6.    TRIAL DATE:  June 14, 2010;

WHEREAS, Fagerlin has settled the claim of one claimant, Eric Archuleta, and a settlement conference is scheduled with the other claimant(s), St. Paul and Cox, for December 21, 2009;

WHEREAS, Fagerlin and St. Paul/Cox have a mutual interest in keeping pre-trial litigation costs down in order to increase the likelihood of a settlement at or before the December 21, 2009 settlement conference, and they would therefore strongly prefer not to conduct additional discovery, especially party and non-party depositions (written discovery is complete or nearly complete) before the settlement conference;

WHEREAS, there have been no previous modifications to the court's pre-trial scheduling order; and

WHEREAS, the effect of this stipulated order on the court's pre-trial scheduling order would be negligible;

/ / /

/ / /

/ / /

-2-

STIPULATION RE: DISCOVERY CUTOFF
Case No.: C:08-5225 SI

1    Fagerlin and St. Paul Travelers/James Cox hereby request that the court modify its pre-

2    trial scheduling order to extend the non-discovery cutoff from December 4, 2009, to January 19,

3    2010.

4    IT IS SO STIPULATED.                    SEVERSON & WERSON
                                             A Professional Corporation
5
     DATED:  November 30, 2009               By: /s/ Ryan C. Donlon_____
6                                                       Ryan C. Donlon

7                                            Attorneys for GLENN FAGERLIN and the S/V
                                             PERCEPTION
8

9    IT IS SO STIPULATED.                    CAMMARANO & SIRNA, LLP

10   DATED:  November 29, 2009               By: /s/ Dennis Cammarano_____
                                                        Dennis Cammarano
11
                                             Attorneys for JAMES COX and ST. PAUL
12                                           TRAVELERS

13
     IT IS SO STIPULATED.                    LAW OFFICE OF DAVID ASCH
14
     DATED:  November 29, 2009               By: /s/ David A. Asch_____
15                                                      David A. Asch

16                                           Attorneys for ERIC ARCHULETA

17
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
     DATED:  _____, 2009      United States District Court,
19                                           Northern District of California

20                                           By:_____
21                                                 Honorable Susan Illston, Judge

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATED EX PARTE APPLICATION & [PROPOSED] ORDER FOR EXTENSION OF NON-EXPERT DISCOVERY CUTOFF**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Dennis A. Cammarano, Esq.<br>Salvatore T. Sirna, Esq.<br>Cammarano & Sirna, LLP<br>555 East Ocean Blvd., Suite 501<br>Long Beach, CA  90802-5053 | Tel:  (562) 495-9501<br>Fax: (562) 495-3674<br>Email: dcammarano@csdlegal.com<br>      ssirna@csdlegal.com<br><br>*Attorneys for Claimants, Cross-Claimants and Cross-defendants  ST. PAUL FIRE AND MARINE INSURANCE COMPANY and JAMES R. COX* |
| David Asch, Esq.<br>The Law Office of David Asch<br>3323 Watt Avenue, No. 270<br>Sacramento, CA  95821 | Tel:  (916) 485-0808<br>Fax: (916) 485-0494<br>Email: Lawman@mindsync.com<br><br>*Attorney for Claimant and Cross-Claimant ERIC ARCHULETA* |

☐ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA  94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

☒ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

15300/0001/724551.1

PROOF OF SERVICE
Case No. C:08-5225 SI

1

2   ☐ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address

3   (dhd@severson.com) to the e-mail address designed for each party identified above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

5        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in

6   San Francisco, California, on November 30, 2009.

7

8                                                    _____
                                                     D. Helen Davis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15300/0001/724551.1

PROOF OF SERVICE
Case No. C:08-5225 SI