FORREST BOOTH (State Bar No. 74166)
RYAN C. DONLON (State Bar No. 229292)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
E-mail:  fb@severson.com
rcd@severson.com

Attorneys for Plaintiff GLENN FAGERLIN
and the S/V PERCEPTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of GLENN FAGERLIN, an individual, as owner of the Sailing Vessel PERCEPTION, a 45-Foot Wauquiez/Kronos Catamaran, for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Case No.: C:08-5225 SI<br><br>**STIPULATED EX PARTE APPLICATION & [PROPOSED] ORDER FOR LEAVE TO WITHDRAW SUM FROM TRUST IN SATISFACTION OF SETTLEMENT WITH CLAIMANT**<br><br>Action Filed: November 19, 2008<br>Trial Date: June 14, 2010 |

WHEREAS, this is an action in admiralty by a vessel owner, Glenn Fagerlin ("Fagerlin") for exoneration from or limitation of liability for a collision between two boats, Fagerlin's S/V PERCEPTION and James Cox's M/V TOUCH OF GREY;

WHEREAS, on or about December 31, 2008, Fagerlin caused $140,000, an amount equal to his interest in the PERCEPTION, to be deposited in a trust that he caused to be created called the "In re PERCEPTION Litigation Claimants Trust Fund," a trust account in the Borel Private Bank & Trust Company, administered by Severson & Werson, A Professional Corporation;

WHEREAS, on or about October 29, 2009, Fagerlin settled the claim of Eric Archuleta ("Archuleta") for the amount of $6,000; and

WHEREAS, all parties by and through their counsel of record have stipulated and hereby stipulate that Fagerlin should be given leave to withdraw $6,000 from the In re PERCEPTION Litigation Claimants Trust Fund so that he may pay the same amount to Archuleta pursuant to their settlement;

Fagerlin hereby requests that the court grant him leave to withdraw $6,000 from the In re PERCEPTION Litigation Claimants Trust Fund, so that he may satisfy the settlement agreement with Archuleta.

IT IS SO STIPULATED.   SEVERSON & WERSON
                       A Professional Corporation

DATED: November 30, 2009   By: /s/ Ryan C. Donlon
                               Ryan C. Donlon

                           Attorneys for GLENN FAGERLIN and the S/V PERCEPTION

IT IS SO STIPULATED.   CAMMARANO & SIRNA, LLP

DATED: November 29, 2009   By: /s/ Dennis Cammarano
                               Dennis Cammarano

                           Attorneys for JAMES COX and ST. PAUL TRAVELERS

IT IS SO STIPULATED.   LAW OFFICE OF DAVID ASCH

DATED: November 29, 2009   By: /s/ David A. Asch
                               David A. Asch

                           Attorneys for ERIC ARCHULETA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2009   United States District Court,
                               Northern District of California

                               By: /s/ Susan Illston
                                   Honorable Susan Illston, Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATED EX PARTE APPLICATION & [PROPOSED] ORDER FOR LEAVE TO WITHDRAW SUM FROM TRUST IN SATISFACTION OF SETTLEMENT WITH CLAIMANT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Dennis A. Cammarano, Esq.<br>Salvatore T. Sirna, Esq.<br>Cammarano & Sirna, LLP<br>555 East Ocean Blvd., Suite 501<br>Long Beach, CA 90802-5053 | Tel: (562) 495-9501<br>Fax: (562) 495-3674<br>Email: dcammarano@csdlegal.com<br>ssirna@csdlegal.com<br><br>*Attorneys for Claimants, Cross-Claimants and Cross-defendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and JAMES R. COX* |
| David Asch, Esq.<br>The Law Office of David Asch<br>3323 Watt Avenue, No. 270<br>Sacramento, CA 95821 | Tel: (916) 485-0808<br>Fax: (916) 485-0494<br>Email: Lawman@mindsync.com<br><br>*Attorney for Claimant and Cross-Claimant ERIC ARCHULETA* |

☐ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The

---

15300/0001/724551.1

PROOF OF SERVICE
Case No. C:08-5225 SI

Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (dhd@severson.com) to the e-mail address designed for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on November 30, 2009.

_____
D. Helen Davis

- 2 -

15300/0001/724551.1

PROOF OF SERVICE
Case No. C:08-5225 SI